UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| GLORIA JACCUZZO AND KENNETH P. JACCUZZO | CIVIL ACTION NO. |
| VERSUS | JUDGE |
| HOME DEPOT U.S.A., INC. | MAGISTRATE JUDGE |

STATE OF LOUISIANA

PARISH OF ORLEANS

### AFFIDAVIT

BEFORE ME, the undersigned authority, appeared

**SUSAN M. CARUSO**

who, after being duly sworn, based on personal knowledge did state as follows:

1. I am counsel for defendant, Home Depot U.S.A., Inc. ("Home Depot").

2. This civil action was filed by plaintiffs, Gloria Jaccuzzo ("Jaccuzzo") and Kenneth P. Jaccuzzo (sometimes collectively "Plaintiffs"), on September 15, 2020, in the 15th Judicial District Court for the Parish of Lafayette, State of Louisiana, bearing case number C-20204511, Division "B," seeking to recover damages for personal injuries allegedly related to a trip and fall accident at a Home Depot store located in Lafayette, Louisiana.

00915289-1

3. Home Depot, was at the time of the filing of this action, and still is, a foreign entity incorporated under the laws of Delaware, with its principal place of business in Atlanta, Georgia.

4. The Petition for Damages ("Petition") and Citation were served on Home Depot through its registered agent for service of process on September 25, 2020.

5. Before suit was filed, Home Depot received a written settlement demand which shows that the amount in controversy exceeds the Court's jurisdictional threshold of $75,000, exclusive of interest and costs. Specifically, through correspondence dated August 17, 2020, Home Depot received a demand in the amount of **$125,000** to settle Jaccuzzo's personal injury claims. *See, Plaintiff's settlement demand attached hereto as Exhibit "1."*

6. Along with the settlement demand dated August 17, 2020, Home Depot received certain medical records, which indicate: (1) Jaccuzzo was 78 years old at the time of the alleged trip and fall; (2) Jaccuzzo sustained a right shoulder dislocation that required a reduction procedure at Our Lady of Lourdes Regional Medical Center; (3) treating orthopedic surgeon, Dr. Harold J. Granger, has diagnosed right shoulder impingement syndrome and bursitis of the right shoulder "same as complete tear of the right rotator cuff," which have required physical therapy and injection therapy; and (4) to date, Jaccuzzo has incurred $13,829.40, and future diagnostic and medical procedures may include an EMG and shoulder arthroscopy. *See, Jaccuzzo's medical records attached hereto as Exhibit "2, in globo."*

7. While Home Depot denies liability and damages, quantum research reveals that general damage awards related to injuries similar to those alleged in this case may exceed

$75,000 in judgment value, exclusive of interest and costs. *See, e.g., Fusilier v. Allstate Ins. Co.*, No. 2015-5267 on the docket of the 15th Judicial District Court, as summarized at 2018 WL 8899124 (awarding $76,500 in general damages related to shoulder impingement syndrome); *Dupre v. Maison Blanche, Inc.*, as summarized at 1996 WL 33318468 (awarding $100,000 in general damages to 78 year old plaintiff related to a shoulder dislocation and fracture).

8. The foregoing is true and correct to the best of my knowledge.

_____
SUSAN M. CARUSO

SWORN AND SUBSCRIBED

BEFORE ME, THIS 19TH DAY

OF OCTOBER, 2020.

_____
NOTARY PUBLIC

M. DAVIS READY
Public, State of Louisiana
Bar Roll No. 24616
...ion is Issued For Life.

00915289-1

EXHIBIT A

THE LAW OFFICES OF
# KENNETH W. DEJEAN

417 W. UNIVERSITY AVENUE • P.O. BOX 4325
LAFAYETTE, LOUISIANA 70502
PHONE 337-235-5294 • FAX 337-235-1095

KENNETH W. DEJEAN
KWDEJEAN@KWDEJEAN.COM

ADAM R. CREDEUR
ADAM@KWDEJEAN.COM

NATALIE M. DEJEAN
NATALIE@KWDEJEAN.COM

**August 17, 2020**

<u>Via E-mail: lindsey.anderson@sedgwick.com</u>
<u>and Certified Mail, Return Receipt, Requested No.:</u>
<u>7018 1130 0002 1431 4226</u>

Sedgwick Claims Management Services, Inc.
**Attention: Lindsey Anderson**
P.O. Box 14155
Lexington, KY 40512-4155

         Re: My Client: Gloria J. Jaccuzzo
            Your Claim No.: 20191003167
            DOA: October 3, 2019
            Our File No.: D19-3016

Dear Ms. Anderson:

I am writing to present you with a settlement offer on behalf of my client, Gloria J. Jaccuzzo, in hopes of resolving this matter. As you are aware, on October 3, 2019, Mrs. Jaccuzzo was a customer at the Home Depot store located at 3721 Ambassador Caffery Parkway, Lafayette, Louisiana when suddenly and without warning, she was caused to trip and fall due to an object in the aisleway.

<u>Injuries and Treatment:</u>

As a result of the October 3, 2019 incident, Gloria Jaccuzzo, who was 78 years old at the time, sustained injuries including, but not limited to an anterior dislocation of her right shoulder.

Immediately following the incident, Mrs. Jaccuzzo was transported by Acadian Ambulance to the Emergency Room at Our Lady of Lourdes Regional Medical Center where she underwent front, lateral and trans-scapular x-rays of her right shoulder, which revealed an anterior dislocation. While at Lourdes, Mrs. Jaccuzzo was placed under anesthesia and underwent a relocation of her right shoulder.

Page 1 of 3

On October 7, 2019, Mrs. Jaccuzzo, as instructed by the emergency room physicians at Lourdes, followed up with her Orthopedist, Dr. Harold Granger of Hamilton Medical Group, for the injuries she sustained in this incident. During her follow up appointment, Dr. Granger placed Mrs. Jaccuzzo in an arm sling, ordered physical therapy three (3) times a week for one (1) month and an MRI of her right shoulder.

After undergoing physical therapy treatment three (3) times a week for one (1) month with MTS-LGH Therapy Services, Mrs. Jaccuzzo made minimal progress due to the persistent pain in her right shoulder. On November 4, 2019, Mrs. Jaccuzzo underwent an MRI of her right shoulder with Dr. Jason Brown of Envision Imaging. Dr. Brown reported tendonitis as well as a deltoid tear in her right shoulder. As a result of these findings, Mrs. Jaccuzzo received a subacromial space injection in her right shoulder on November 7, 2019 by Dr. Granger.

Following the injection, Dr. Granger ordered an additional two (2) months of physical therapy treatment for Mrs. Jaccuzzo's continued pain and decreased range of motion in her right shoulder. To date, Mrs. Jaccuzzo, who is currently seventy-nine (79) years old, underwent approximately seven (7) months of medical treatment and physical therapy treatment for the injuries she sustained as a result of the October 3, 2019 incident at Home Depot.

To date, Mrs. Jaccuzzo has incurred approximately $13,829.40 in medical expenses for the medical treatment she received as a result the injuries she sustained in this incident from the following health care providers:

1. Acadian Ambulance;
2. Our Lady of Lourdes Regional Medical Center;
3. Acadiana Acute Care Associates;
4. Acadiana Radiology Group;
5. Dr. Harold Granger of Hamilton Medical Group;
6. Envision Imaging; and
7. MTS-LGH Therapy Services.

I have enclosed a CD containing a medical bill recap along with copies of the medicals records and bills related to the medical treatment Gloria Jaccuzzo received as a result of the injuries she sustained in this incident.

### Future Medical Care

Given Mrs. Jaccuzzo's age (78 years old at the time of the incident), along with the pain and decreased range of motion she continues to experience in her right shoulder, it is anticipated that she will require future medical care and treatment as a result of the injuries she sustained at Home Depot on October 3, 2019.

## Settlement Offer

Considering all of the above, Gloria Jaccuzzo is willing to settle this matter for $125,000.00, inclusive of past and future medical expenses.

This offer remains open for ten (10) days from the date of this letter.

Should you have any questions regarding this matter, please feel free to contact my office.

Cordially yours,

Kenneth W. DeJean
KWD/nmd
Enclosures: (1)
cc:    Mrs. Gloria J. Jaccuzzo (Via U.S. Mail, w/o encl.)

**Review of Systems**
Ortho ROS:
    Unexplained Weight Loss No. Fever or Chills No. Change in Vision No. Loss of Hearing No. Unexplained Nosebleeds No. Hoarseness No. Sore Throat No. Unexplained Cough No. Chest Pain at Rest No. Chest Pain with Walking No. Nausea or vomiting No. Blood in Stool No. Frequent Heartburn No. Burning with Urination No. Blood in Urine No. Tea-colored Urine No. Dizziness No. Headaches No. Blackouts No. Drug Addiction No. Alcohol Addiction No. Menopause No. Irregular Periods No. Back Pain with Periods No. New Breast lumps No. Blood Clots No. Badly Swollen Ankles No. Calf Pain with Walking No. Heart Palpitations No. Shortness of breath No. Earpain No.
ALLERGY:
    drug allergies listed elsewhere if present.

**Treatment**
**1. Dislocation, shoulder, right, initial encounter**
Notes: We discussed the possibility of a scope. But she would like to keep doing therapy tissues feels like it is helping.

**2. Bursitis of shoulder, right**
Notes: Same as shoulder dislocation.

**3. Impingement syndrome of right shoulder**
Notes: Same as shoulder dislocation.

**Follow Up**
4 Weeks

Electronically signed by Harold Granger , MD on 12/06/2019 at 01:20 PM CST

Sign off status: Pending

---

HMG - Orthopedics
4809 Ambassador Caffery Pkwy
Suite 200
Lafayette, LA 70508
Tel: 337-988-8855
Fax: 988-883-3____

---

Patient: Jaccuzzo, Gloria J    DOB: [redacted]    Progress Note: Harold J. Granger, M.D.    12/05/2019
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)



**Jaccuzzo, Gloria J**
78 Y old Female, DOB: [redacted]
Account Number: [redacted]

Guarantor: Jaccuzzo, Gloria J    Insurance: [redacted]

Appointment Facility: HMG - Orthopedics

11/07/2019    Progress Notes: Harold J. Granger, M.D.

**Current Medications**
**Taking**
- Synthroid 25 mcg (0.025 mg) tablet 1 tab(s) orally once a day
- metoprolol 50 mg tablet, extended release 1 tab(s) orally once a day
- venlafaxine 25 mg tablet 1 tab(s)

**Reason for Appointment**
1. right shoulder MRI results DOI: 10/29/18

**History of Present Illness**

Right shoulder:
    78 year old female presents with c/o Pain Which began on October 3, 2019 After she tripped at home depot when her legs got caught in nylon wraps

---

Patient: Jaccuzzo, Gloria J    DOB: 03/08/1941    Progress Note: Harold J. Granger, M.D.    11/07/2019
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

orally 3 times a day
- losartan 25 mg tablet 1 tab(s) orally once a day
- Norco 325 mg-7.5 mg tablet 1 tab(s) orally Q6 PRN pain, Notes: Amount Medically Necessary

**Not-Taking**
- naproxen 500 mg delayed release tablet 1 tab(s) orally 2 times a day
- methocarbamol 500 mg tablet 2 tab(s) orally 4 times a day
- Medication List reviewed and reconciled with the patient

Past Medical History
Hyperlipidemia.
Breast cancer.
Cataracts.
Depression.
THINNING BONES.

**Surgical History**
hysterectomy abdominal
colon surgery
EYE SURGERY
cataract eye surgery

**Family History**
Father: deceased
Mother: alive, cancer (OVARIAN AND SKIN)
Paternal Grand Father: deceased
Paternal Grand Mother: deceased
Maternal Grand Father: deceased
Maternal Grand Mother: deceased
3 brother(s) , 1 son(s) , 2 daughter(s) .
Non-Contributory

**Social History**
Smoking Are you a: never smoker.
Tobacco Use other than Smoking Are you an other tobacco user? No.
Caffeine: yes, frequency:.
Nutritional Supplements: vitamin b3, centrum silver.
Hand: right.
Walgreens Scott.

**Allergies**
codeine
penicillin

**Hospitalization/Major Diagnostic Procedure**
see above

**Review of Systems**

Ortho ROS:

that were on the floor. She dislocated her right shoulder in the incident. She presented to our lady of Lord's emergency room where the dislocation was reduced. She comes in for evaluation.

11/7/19. Comes in today in her shoulder has not changed much. She did get the MRI as requested..

**Vital Signs**
Wt(lbs) 196, Ht (in) 65 in, BP 132/74, Pain Scale 6, BMI 32.61.

**Examination**
Right shoulder:
INSPECTION: no muscle asymmetry, no scapular winging, no atrophy, Anterior Tenderness. ROM: Flexion: 90 degrees, Abduction: 90 all with pain and with assistance.. STRENGTH TESTING (OUT OF 5): Supraspinatous outlet Supra spiritous Stress are not testable. PALPATION: Mild diffuse tenderness . UPPER EXTREMITY EXAM: unremarkable, NVI distally. ACTIVE ROM: full ROM. WOUNDS None. INSPECTION Mild swelling .
11/7/19. No change.
Left shoulder:
INSPECTION: no muscle asymmetry, no scapular winging, no atrophy. ROM: Flexion: 170 degrees, Abduction: 160 degrees, External rotation: 70 degrees. STRENGTH TESTING (OUT OF 5): Supraspinatous outlet negative, Supra spiritous Stress negative, External rotation. 5/5 , Internal Rotation, 5/5.. PALPATION: ACJ non-tender, Hawkin's sign negative. UPPER EXTREMITY EXAM: NVI distally, unremarkable.
11/7/19. No change.
Imaging Studies:
SHOULDER X-RAY: Right shoulder views done in the emergency room Show pre-and post reduction of anterior shoulder dislocation. Granger,Harold J 10/7/2019 5:13:42 PM > . MRI Shoulder Right
IMPRESSION:
1. Advanced supraspinatus tendinosis with superimposed low to moderate grade partial-thickness tearing, most notably anterior interstitial and bursal fibers.
2. Moderate infraspinatus tendinosis with low-grade interstitial partial-thickness tearing.
3. Mild subscapularis tendinosis without tear. Long head biceps intra-articular tendinosis without disruption.
4. Small glenohumeral joint effusion.
5. Diffuse thickening and intermediate signal IGHL, thickened up to 6 mm, characteristic of adhesive capsulitis and/or capsular sprain injury.
6. Mild to moderate AC joint arthropathy.
6. Subacromial subdeltoid bursitis with a moderate-sized bursal fluid collection.
7. Low-grade anterior deltoid strain injury.
Granger,Harold J 11/7/2019 10:01:14 AM >.

**Assessments**
1. Complete tear of right rotator cuff - M75.121 (Primary)
2. Bursitis of shoulder, right - M75.51
3. Dislocation, shoulder, right, initial encounter - S43.004A
4. Impingement syndrome of right shoulder - M75.41

**Treatment**

Patient: Jaccuzzo, Gloria J   DOB:         Progress Note: Harold J. Granger, M.D.   11/07/2019
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

9-22-2020                    20191003167                    EXHIBIT 2, IN GLOBO
                                                            6020200922045191
file:///C:/Users/cfontenot/AppData/Local/Temp/MedRecPrint.html          12/6/2019

Unexplained Weight Loss No. Fever or Chills No. Change in Vision No. Loss of Hearing No. Unexplained Nosebleeds No. Hoarseness No. Sore Throat No. Unexplained Cough No. Chest Pain at Rest No. Chest Pain with Walking No. Nausea or vomiting No. Blood in Stool No. Frequent Heartburn No. Burning with Urination No. Blood in Urine No. Tea-colored Urine No. Dizziness No. Headaches No. Blackouts No. Drug Addiction No. Alcohol Addiction No. Menopause No. Irregular Periods No. Back Pain with Periods No. New Breast lumps No. Blood Clots No. Badly Swollen Ankles No. Calf Pain with Walking No. Heart Palpitations No. Shortness of breath No. Earpain No.
ALLERGY:
   drug allergies listed elsewhere if present.

**1. Complete tear of right rotator cuff**
Notes: MRI did not confirm this. Showed a lot of tendinitis. We will go ahead and do a subacromial space injection. If she does not respond in the future we may need to do EMGs to rule out a brachial plexus or axillary nerve injury. We will also continue therapy.

**2. Bursitis of shoulder, right**
Notes: Same as complete tear of right rotator cuff.

**3. Dislocation, shoulder, right, initial encounter**
Notes: Same as complete tear of right rotator cuff.

**4. Impingement syndrome of right shoulder**
Notes: Same as complete tear of right rotator cuff.

**Procedures**
Ortho Injections:
   Shoulder  right shoulder injection given into, subacromial space, injection given under sterile conditions, 2cc Marcaine, 2cc Lidocaine, 1cc Celestone.

**Procedure Codes**
20610 Arthrocentesis, aspiration and/or injection; major joint or bursa (eg, shoulder, hip, knee joint, subacromial bursa)
J3490 Xylocaine, up to 5cc
J3490 Marcaine, up to 5cc
J0702 CELESTONE PER 3MG (0.25 CC) 12mg; betamethasone acetate and betamethasone sodium phosphate

**Follow Up**
4 Weeks

Electronically signed by Harold Granger , MD on 12/06/2019 at 01:20 PM CST

Sign off status: Pending

HMG - Orthopedics
4809 Ambassador Caffery Pkwy
Suite 200
Lafayette, LA 70508
Tel: 337-988-8855
Fax: 988-883-3____

---

Patient: Jaccuzzo, Gloria J   DOB: ███████   Progress Note: Harold J. Granger, M.D.   11/07/2019
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

**Jaccuzzo, Gloria J**
78 Y old Female, DOB: 03/08/1941
Account Number: 551961

---

Patient: Jaccuzzo, Gloria J   DOB: ███████   Progress Note: Harold J. Granger, M.D.   10/29/2019
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)



**Jaccuzzo, Gloria J**
78 Y old Female, DOB:
Account Number:

Guarantor: Jaccuzzo, Gloria J

Appointment Facility: HMG - Orthopedics

01/07/2020                                                                 Progress Notes: Harold J. Granger, M.D.

**Reason for Appointment**
1. 4 wks recheck right shoulder kw

Electronically signed by Harold Granger, MD on 12/06/2019 at 01:20 PM CST

Sign off status: Pending

HMG - Orthopedics
4809 Ambassador Caffery Pkwy
Suite 200
Lafayette, LA 70508
Tel: 337-988-8855
Fax: 988-883-3____

Patient: Jaccuzzo, Gloria J   DOB:       Progress Note: Harold J. Granger, M.D.   01/07/2020
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)



**Jaccuzzo, Gloria J**
78 Y old Female, DOB:
Account Number:

Guarantor: Jaccuzzo, Gloria J   Insurance:

Appointment Facility: HMG - Orthopedics

12/05/2019                                                                 Progress Notes: Harold J. Granger, M.D.

**Current Medications Taking**
- Synthroid 25 mcg (0.025 mg) tablet 1 tab(s) orally once a day
- metoprolol 50 mg tablet, extended

**Reason for Appointment**
1. 4 wks recheck right shoulder kw DOI: 10/29/18

**History of Present Illness**
Right shoulder:
    78 year old female presents with c/o Pain Which began on October 3,

Patient: Jaccuzzo, Gloria J   DOB:       Progress Note: Harold J. Granger, M.D.   12/05/2019
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

release 1 tab(s) orally once a day
- venlafaxine 25 mg tablet 1 tab(s) orally 3 times a day
- losartan 25 mg tablet 1 tab(s) orally once a day
- Norco 325 mg-7.5 mg tablet 1 tab(s) orally Q6 PRN pain, Notes: Amount Medically Necessary

**Not-Taking**
- naproxen 500 mg delayed release tablet 1 tab(s) orally 2 times a day
- methocarbamol 500 mg tablet 2 tab(s) orally 4 times a day
- Medication List reviewed and reconciled with the patient

Past Medical History
  Hyperlipidemia.
  Breast cancer.
  Cataracts.
  Depression.
  THINNING BONES.

**Surgical History**
hysterectomy abdominal
colon surgery
EYE SURGERY
cataract eye surgery

**Family History**
Father: deceased
Mother: alive, cancer (OVARIAN AND SKIN)
Paternal Grand Father: deceased
Paternal Grand Mother: deceased
Maternal Grand Father: deceased
Maternal Grand Mother: deceased
3 brother(s) , 1 son(s) , 2 daughter(s) .
Non-Contributory

**Social History**
Smoking  Are you a:  never smoker.
Tobacco Use other than Smoking  Are you an other tobacco user?  No.
Caffeine: yes, frequency:.
Nutritional Supplements: vitamin b3, centrum silver.
Hand: right.
Walgreens Scott.

**Allergies**
codeine
penicillin

**Hospitalization/Major Diagnostic Procedure**
see above

2019 After she tripped at home depot when her legs got caught in nylon wraps that were on the floor. She dislocated her right shoulder in the incident. She presented to our lady of Lord's emergency room where the dislocation was reduced. She comes in for evaluation.

  12/5/19. Today her shoulder has gotten a little better. Range of motion has improved some. Therapy has helped some. She is having a right direction but slowly..

**Vital Signs**
Wt(lbs) 196, Ht (in) 65 in, BP 138/72, Pain Scale 4, BMI 32.61.

**Examination**
Right shoulder:
  INSPECTION: no muscle asymmetry, no scapular winging, no atrophy, Anterior Tenderness. ROM: Flexion: 130 degrees, Abduction: 130 all with pain and with assistance.. STRENGTH TESTING (OUT OF 5): Supraspinatous outlet Supra spiritous Stress or 4 over 5 with pain.. PALPATION: Mild diffuse tenderness , tender over the bicipital groove . UPPER EXTREMITY EXAM: unremarkable, NVI distally. ACTIVE ROM: full ROM. WOUNDS None. INSPECTION Mild swelling .
Left shoulder:
  INSPECTION: no muscle asymmetry, no scapular winging, no atrophy. ROM: Flexion: 170 degrees, Abduction: 160 degrees, External rotation: 70 degrees. STRENGTH TESTING (OUT OF 5): Supraspinatous outlet negative, Supra spiritous Stress negative, External rotation, 5/5 , Internal Rotation, 5/5.. PALPATION: ACJ non-tender, Hawkin's sign negative. UPPER EXTREMITY EXAM: NVI distally, unremarkable.
  12/5/19. No change.
Imaging Studies:
  SHOULDER X-RAY: Right shoulder views done in the emergency room Show pre-and post reduction of anterior shoulder dislocation. Granger,Harold J 10/7/2019 5:13:42 PM > . MRI Shoulder Right
IMPRESSION:
1. Advanced supraspinatus tendinosis with superimposed low to moderate grade partial-thickness tearing, most notably anterior interstitial and bursal fibers.
2. Moderate infraspinatus tendinosis with low-grade interstitial partial-thickness tearing.
3. Mild subscapularis tendinosis without tear. Long head biceps intra-articular tendinosis without disruption.
4. Small glenohumeral joint effusion.
5. Diffuse thickening and intermediate signal IGHL, thickened up to 6 mm, characteristic of adhesive capsulitis and/or capsular sprain injury.
6. Mild to moderate AC joint arthropathy.
6. Subacromial subdeltoid bursitis with a moderate-sized bursal fluid collection.
7. Low-grade anterior deltoid strain injury.
Granger,Harold J 11/7/2019 10:01:14 AM >.

**Assessments**
1. Dislocation, shoulder, right, initial encounter - S43.004A (Primary)
2. Bursitis of shoulder, right - M75.51
3. Impingement syndrome of right shoulder - M75.41

Patient: Jaccuzzo, Gloria J   DOB: ▮▮▮▮▮   Progress Note: Harold J. Granger, M.D.   12/05/2019
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

9-22-2020                    20191003167                    6020200922045191

EXHIBIT 2, IN GLOBO

file:///C:/Users/cfontenot/AppData/Local/Temp/MedRecPrint.html                    12/6/2019

**Review of Systems**
Ortho ROS:
    Unexplained Weight Loss No. Fever or Chills No. Change in Vision No. Loss of Hearing No. Unexplained Nosebleeds No. Hoarseness No. Sore Throat No. Unexplained Cough No. Chest Pain at Rest No. Chest Pain with Walking No. Nausea or vomiting No. Blood in Stool No. Frequent Heartburn No. Burning with Urination No. Blood in Urine No. Tea-colored Urine No. Dizziness No. Headaches No. Blackouts No. Drug Addiction No. Alcohol Addiction No. Menopause No. Irregular Periods No. Back Pain with Periods No. New Breast lumps No. Blood Clots No. Badly Swollen Ankles No. Calf Pain with Walking No. Heart Palpitations No. Shortness of breath No. Earpain No.
ALLERGY:
    drug allergies listed elsewhere if present.

**Treatment**
**1. Dislocation, shoulder, right, initial encounter**
Notes: We discussed the possibility of a scope. But she would like to keep doing therapy tissues feels like it is helping.

**2. Bursitis of shoulder, right**
Notes: Same as shoulder dislocation.

**3. Impingement syndrome of right shoulder**
Notes: Same as shoulder dislocation.

**Follow Up**
4 Weeks

Electronically signed by Harold Granger, MD on 12/06/2019 at 01:20 PM CST

Sign off status: Pending

HMG - Orthopedics
4809 Ambassador Caffery Pkwy
Suite 200
Lafayette, LA 70508
Tel: 337-988-8855
Fax: 988-883-3___

Patient: Jaccuzzo, Gloria J   DOB:    Progress Note: Harold J. Granger, M.D.   12/05/2019
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)



Jaccuzzo, Gloria J
78 Y old Female, DOB: ▇▇▇
Account Number: ▇▇▇

Guarantor: Jaccuzzo, Gloria J   Insurance: ▇▇▇

Appointment Facility: HMG - Orthopedics

11/07/2019                                                           Progress Notes: Harold J. Granger, M.D.

**Current Medications**
**Taking**
- Synthroid 25 mcg (0.025 mg) tablet 1 tab(s) orally once a day
- metoprolol 50 mg tablet, extended release 1 tab(s) orally once a day
- venlafaxine 25 mg tablet 1 tab(s)

**Reason for Appointment**
1. right shoulder MRI results DOI: 10/29/18

**History of Present Illness**

Right shoulder:
    78 year old female presents with c/o Pain Which began on October 3, 2019 After she tripped at home depot when her legs got caught in nylon wraps

Patient: Jaccuzzo, Gloria J   DOB: 03/08/1941   Progress Note: Harold J. Granger, M.D.   11/07/2019
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

PATIENT NAME: Jaccuzzo, Gloria
BIRTH DATE:
MPI#:
DATE OF EXAM: 11/4/2019

**ENVISION IMAGING**
ACADIANA

REFERRED BY: Harold Granger, MD
4809 Ambassador Caffery Pkwy - Ste 200
Lafayette, LA 70508

**EXAM:** MR SHOULDER RIGHT WO CONTRAST

**CLINICAL HISTORY:** Trauma. Fall. Pain in right shoulder. Limited range of motion. Complete tear of right rotator cuff.

**TECHNIQUE:** MR right shoulder performed multiplanar proton-density, T2, and T1-weighted sequences.

**COMPARISON STUDY:** None.

**FINDINGS:** There is advanced supraspinatus tendinosis with diffuse increased signal and thickening with superimposed low to moderate grade partial-thickness tearing, most notably involving the anterior interstitial and bursal fibers.

There is moderate infraspinatus tendinosis with low-grade interstitial partial-thickness tearing critical zone. Mild subscapularis tendinosis without tear.

Long head biceps intra-articular tendinosis without disruption. Negative for labral tear. Normal glenohumeral alignment. Small glenohumeral joint effusion. There is diffuse thickening and intermediate signal IGHL, thickened up to 6 mm, characteristic of adhesive capsulitis and/or capsular sprain injury. No evidence of a full-thickness capsular disruption. Glenohumeral chondral surfaces are well preserved.

Type I acromion without tilting. Mild to moderate AC joint arthropathy with mild spurring and prominent capsular thickening with clavicular head cyst-like signal. Subacromial subdeltoid bursitis with a moderate-sized bursal fluid collection.

The bone marrow signal intensity is otherwise unremarkable. The signal intensity of the muscle groups is normal other than minimal anterior deltoid intramuscular swelling suggestive of low-grade strain injury.

From Envision Imaging 1.337.593.0909 Thu Nov 7 07:44:14 2019 MST Page 2 of 2

PATIENT NAME: Jaccuzzo, Gloria
BIRTH DATE:
MPI#:
DATE OF EXAM: 11/4/2019



**IMPRESSION:**

1. Advanced supraspinatus tendinosis with superimposed low to moderate grade partial-thickness tearing, most notably anterior interstitial and bursal fibers.

2. Moderate infraspinatus tendinosis with low-grade interstitial partial-thickness tearing.

3. Mild subscapularis tendinosis without tear. Long head biceps intra-articular tendinosis without disruption.

4. Small glenohumeral joint effusion.

5. Diffuse thickening and intermediate signal IGHL, thickened up to 6 mm, characteristic of adhesive capsulitis and/or capsular sprain injury.

6. Mild to moderate AC joint arthropathy.

6. Subacromial subdeltoid bursitis with a moderate-sized bursal fluid collection.

7. Low-grade anterior deltoid strain injury.

Finalized by: 11/5/2019 8:34 AM By: Jason Brown MD

Jason Brown,
This document was electronically signed by Jason Brown, on 11/5/2019